Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Alexis I. Lehmann, Esquire
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Jennifer Korine Gomes,** | ) | **CIVIL ACTION FILE** |
| | ) | |
| **Plaintiff,** | ) | **NO. _____** |
| | ) | |
| **v.** | ) | |
| | ) | **COMPLAINT** |
| **On-Site Manager, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## PRELIMINARY STATEMENT

1.     This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act (hereafter the "FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended.*

## PARTIES

2.      Plaintiff Jennifer Korine Gomes is an adult individual residing in Phoenix, Arizona.

3.      Defendant On-Site Manager, Inc. (hereafter "On-Site") is a consumer reporting agency that regularly conducts business in the District of Arizona and which has a place of business located at 307 Orchard City Drive, Suite 110, Campbell, CA 95008.

## JURISDICTION AND VENUE

4.      Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331.

5.      Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

6.      Defendant has been reporting derogatory and inaccurate statements about Plaintiff and Plaintiff's purported criminal history to third parties ("inaccurate information").

7.      The inaccurate information includes, but is not limited to, convictions for several crimes which are not convictions against Plaintiff, but instead against another person, or persons, whom Plaintiff does not know and is of no relation to Plaintiff.

8.      Defendant, however, has been inaccurately reporting these charges on Plaintiff's consumer report.

9.      Defendant has been reporting the inaccurate information through the issuance of false and inaccurate consumer reports that it has disseminated and resold to various persons, both known and unknown.

2

10.     Specifically, in or around May 2017, Plaintiff applied for and was denied for an apartment with Juniper Meadows.

11.     The basis for the denial of the apartment was the inaccurate information that appears on Plaintiff's consumer report prepared by Defendant.

12.     As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost rental opportunities, harm to reputation, and emotional distress, including humiliation and embarrassment.

13.     At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

14.     At all times pertinent hereto, the conduct of Defendant, as well as that of its agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## COUNT I – ON-SITE
## VIOLATIONS OF THE FCRA

15.     Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

16.     At all times pertinent hereto, Defendant was a "person" and "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

17.     At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

18.     At all times pertinent hereto, the above-mentioned credit report was a "consumer report" as that term is defined by 15 U.S.C. § 1681a(d).

19.     Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681*o*, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §1681e(b).

20.     The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

21.     Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages; and

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681*o*.

Respectfully submitted, August 4, 2017.

BY:    *s/ Floyd W. Bybee*
       Floyd W. Bybee, #012651
       **BYBEE LAW CENTER, PLC**
       90 S. Kyrene Rd, Ste. 5
       Chandler, AZ 85226-4687
       Office: (480) 756-8822
       Fax: (480) 302-4186
       floyd@bybeelaw.com

       ***Attorneys for Plaintiff***