| | |
|---|---|
| 1 | Floyd W. Bybee, #012651 |
| | **BYBEE LAW CENTER, PLC** |
| 2 | 90 S. Kyrene Rd., Ste. 5 |
| | Chandler, AZ 85226-4687 |
| 3 | Office: (480) 756-8822 |
| | Fax: (480) 302-4186 |
| 4 | floyd@bybeelaw.com |
| 5 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Jennifer Korine Gomes, | ) | No. CV17-2614-PHX-MHB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | **AND RESPONSE TO** |
| | ) | **ORDER TO SHOW CAUSE** |
| On-Site Manager, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement in this action. The parities believe the settlement will be finalized within 30 days, and will file the appropriate dismissal documents with the court at that time.

Plaintiff did not move for default against Defendant due to the continued settlement negotiations. During this time, On-Site was in the process of being sold or acquired by another company which delayed the finalization of

the settlement. Plaintiff believes that the settlement will be done within the next 30 days.

DATED __April 5, 2018__.

    __s/ Floyd W. Bybee__
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing
mailed *April 5, 2018* to:

Michael J. Saltz
Jacobson, Russell, Saltz Nassim &
De La Torre, LLP
1880 Century Park East Ste 900
Los Angeles, California 90067
Attorney for Defendant

by __s/ Floyd W. Bybee__