Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer Korine Gomes,<br><br>    Plaintiff,<br><br>v.<br><br>On-Site Manager, Inc.,<br><br>    Defendant. | No. CV17-2614-PHX-MHB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

DATED   May 29, 2018   .

                                      s/ Floyd W. Bybee  
                                    Floyd W. Bybee, #012651  
                                    **BYBEE LAW CENTER, PLC**  
                                    90 S. Kyrene Rd., Ste. 5  
                                    Chandler, AZ 85226-4687  
                                    Office: (480) 756-8822  
                                    Fax: (480) 302-4186  
                                    floyd@bybeelaw.com

                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing mailed *May 29, 2018* to:

Michael J. Saltz  
Jacobson, Russell, Saltz Nassim & De La Torre, LLP  
1880 Century Park East Ste 900  
Los Angeles, California 90067  
Attorney for Defendant

by   s/ Floyd W. Bybee